IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Chester County Outdoor, LLC      :
      :
     v.      :
      :  No. 1303 C.D. 2016
Westtown Township and Therese L.  :
Money      :
      :
Appeal of:  Therese L. Money      :

# **O R D E R**

AND NOW, this 23rd day of May, 2017, the opinion filed March 20, 2017, in the above-captioned matter shall be designated Opinion rather than Memorandum Opinion, and it shall be reported.

_____
DAN PELLEGRINI, Senior Judge